AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Daniel E. Carpenter | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-cv-00725 (JAM) |
| Merrick B. Garland | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America (on behalf of Merrick B. Garland, United States Attorney General)                      .

Date:     06/06/2022

/s/ Neeraj N. Patel
*Attorney's signature*

Neeraj N. Patel, phv04499
*Printed name and bar number*

Office of the United States Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

*Address*

neeraj.patel@usdoj.gov
*E-mail address*

(203) 821-3720
*Telephone number*

(203) 773-5376
*FAX number*

CERTIFICATION OF SERVICE

   This is to certify that on June 6, 2022, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy of this filing also was sent by first class U.S. Mail to:

     Daniel E. Carpenter
     18 Pondside Lane
     West Simsbury, CT 06092


           /s/ Neeraj N. Patel
           NEERAJ N. PATEL
           ASSISTANT UNITED STATES ATTORNEY