UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPETNER<br>    Petitioner<br>v.<br><br>MERRICK B. GARLAND,<br>UNITED STATES ATTORNEY GENERAL<br>    Respondent | CASE No. 3:22-cv-00725 (JAM)<br><br>JUNE 23, 2022 |

## MOTION TO DISQUALIFY AUSA NEERAJ PATEL

TO THE HON. JEFFREY A. MEYER, MAY IT PLEASE THE COURT:

    NOW COMES THE PETITIONER, Daniel E. Carpenter, pursuant to this Court's inherent power to preserve the integrity of the adversary process, to respectfully request that this Court disqualify AUSA Neeraj Patel from appearing in this case, given his long history of vindictive filings, prosecutorial misconduct, and egregious misrepresentations in the federal proceeding that underlies Petitioner's Criminal Prosecution in front of Judge Chatigny. Mr. Carpenter wishes to express that he has no issue with any AUSA from the District of Columbia filing an appearance in this matter and this Court ordered that AUSA Michelle McConaghy be served to appear in this case. Petitioner has no problem with AUSA McConaghy representing the Government either.

    Wherefore, Petitioner respectfully moves this Court to disqualify AUSA Neeraj Patel from appearing to oppose Petitioner's 2241 Petition.

Respectfully Submitted,<br>
Daniel E. Carpenter<br>
Petitioner, <em>pro se</em><br><br>
/s/ Daniel E. Carpenter<br>
Daniel E. Carpenter<br>
Petitioner, <em>pro se</em><br>
18 Pondside Lane<br>
West Simsbury, CT 06092

## CERTIFICATION

I hereby certify that on this 23rd day of June, 2022, a copy of the foregoing was filed at the District of Connecticut Clerk's office in Hartford 450 Main Street, Hartford, CT 06103. Notice of this filing was also sent by USPS to US Attorney's Office Hartford Office, US Attorney's New Haven Office, Connecticut Financial Center, 157 Church Street, Floor 25, New Haven, CT 06510 and by USPS to Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

By /s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*