# EXHIBIT B

| | |
|---|---|
| **From:** | Greg Campos < ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ > |
| **Sent:** | Tuesday, June 21, 2022 11:08 AM |
| **To:** | Patel, Neeraj (USACT) |
| **Subject:** | Daniel Carpenter |

Good morning Neeraj. Per the probation office in Massachusetts there is no active supervision for Mr. Carpenter in their district. Let me know if you need anything else on my end. Thank you.



Gregory Campos
United States Probation Officer
450 Main Street, Suite 735
Hartford, CT 06103
(860)▮▮▮▮▮▮▮-Office

Action - Integrity - Resilience - Community