UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER<br>Petitioner<br>v.<br><br>MERRICK B. GARLAND,<br>UNITED STATES ATTORNEY GENERAL<br>Respondent | Case No. 3:22-CV-0725 (JAM)<br><br>August 12, 2012 |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Petitioner *pro se* Daniel E. Carpenter respectfully appeals to the United States Court of Appeals for the Second Circuit from the district court's Order Granting Motion to Dismiss, Doc. #14, entered on August 4, 2022 in this action.

                    Respectfully Submitted,
                    Daniel E. Carpenter
                    Petitioner, *pro se*

                    /s/ Daniel E. Carpenter
                    Daniel E. Carpenter
                    Petitioner, *pro se*
                    18 Pondside Lane
                    West Simsbury, CT 06092

## CERTIFICATION

I hereby certify that on this 12th day of August, 2022, a copy of the foregoing was filed at the District of Connecticut Clerk's office in New Haven 141 Church Street New Haven, CT 06510. Notice of this filing was also sent by USPS US Attorney's New Haven Office, Connecticut Financial Center, 157 Church Street, Floor 25, New Haven, CT 06510 and by USPS to Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

By /s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*