APPEAL,CLOSED,EFILE,HABEAS,PROSE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:22-cv-00725-JAM

Carpenter v. Garland  
Assigned to: Judge Jeffrey A. Meyer  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 05/12/2022  
Date Terminated: 08/04/2022  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Daniel E. Carpetner**  
*TERMINATED: 06/02/2022*

represented by **Daniel E. Carpetner**  
18 Pondside Lane  
West Simsbury, CT 06092  
PRO SE

**Petitioner**

**Daniel E. Carpenter**

represented by **Daniel E. Carpenter**  
18 Pondside Lane  
West Simsbury, CT 06092  
PRO SE

V.

**Respondent**

**Merrick B. Garland**  
*United States Attorney General*

represented by **Neeraj Patel**  
DOJ-USAO  
U.S. Attorney's Office-CT  
157 Church Street  
25th FL.  
New Haven, CT 06510  
203-821-3720  
Email: Neeraj.Patel@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2022 | 1 | Application for Writ of Habeas Corpus filed by Daniel E. Carpetner. (Attachments: # 1 Memorandum)(LaLone, L.) (Entered: 06/01/2022) |
| 05/12/2022 | 2 | STANDING PROTECTIVE ORDER Signed by Judge Jeffrey A. Meyer on 5/12/2022.(LaLone, L.) (Entered: 06/01/2022) |
| 05/12/2022 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Jeffrey A. Meyer on 5/12/2022.(LaLone, L.) (Entered: 06/01/2022) |

| | | |
|---|---|---|
| 05/18/2022 | | Filing fee received from Grayson Holmes: $ 5.00, receipt number CTXH00019013 (LaLone, L.) (Entered: 06/01/2022) |
| 06/02/2022 | 4 | ORDER. The application for writ of habeas corpus (Doc. # 1 ) contains a scrivener error in the case caption. The Clerk shall correct the petitioner's last name to "Carpenter". It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 6/2/22.(Barry, Donna) (Entered: 06/02/2022) |
| 06/02/2022 | 5 | ORDER TO SHOW CAUSE.<br>It is hereby ORDERED that the respondent file any objection or other response by **July 15, 2022** why the relief prayed for in the petition for writ of habeas corpus should not be granted, and it is ORDERED that the Clerk serve a copy of this order and a copy of the petition and all attachments, to respondents representative, AUSA Michelle McConaghy of the Office of the United States Attorney, by email on or before **June 7, 2022**. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 6/2/22.(Barry, Donna) (Entered: 06/02/2022) |
| 06/06/2022 | 6 | NOTICE of Appearance by Neeraj Patel on behalf of Merrick B. Garland (Patel, Neeraj) (Entered: 06/06/2022) |
| 06/23/2022 | 7 | MOTION to Disqualify Counsel by Daniel E. Carpenter. (Attachments: # 1 Memorandum in Support, # 2 Exhibits)(Carr, Dave) (Entered: 06/23/2022) |
| 07/15/2022 | 8 | Memorandum in Opposition re 7 MOTION to Disqualify Counsel filed by Merrick B. Garland. (Attachments: # 1 Exhibit A)(Patel, Neeraj) (Entered: 07/15/2022) |
| 07/15/2022 | 9 | MOTION to Dismiss for Lack of Jurisdiction by Merrick B. Garland.Responses due by 8/5/2022 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Patel, Neeraj) (Entered: 07/15/2022) |
| 07/16/2022 | 10 | NOTICE by Merrick B. Garland re 9 MOTION to Dismiss for Lack of Jurisdiction *(Local Rule 12(a) Notice to Self-Represented Litigant)* (Attachments: # 1 Copy of Local Rule 7, # 2 Copy of Fed. R. Civ. P. 12)(Patel, Neeraj) (Entered: 07/16/2022) |
| 07/20/2022 | 11 | PETITIONER'S OBJECTION re 9 MOTION to Dismiss for Lack of Jurisdiction filed by Daniel E. Carpenter. (Attachments: # 1 Exhibits)(Carr, Dave) (Entered: 07/20/2022) |
| 08/03/2022 | 12 | REPLY to Response to 9 MOTION to Dismiss for Lack of Jurisdiction filed by Merrick B. Garland. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Patel, Neeraj) (Entered: 08/03/2022) |
| 08/04/2022 | 13 | ORDER DENYING MOTION TO DISQUALIFY COUNSEL (Doc. # 7 ).<br>The Court DENIES petitioner's motion to disqualify respondent's counsel for substantially the reasons set forth in respondent's objection. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 8/4/22. (Barry, Donna) (Entered: 08/06/2022) |
| 08/04/2022 | 14 | ORDER GRANTING MOTION TO DISMISS (Doc. # 9 ).<br>Petitioner has filed a petition for writ of habeas corpus and/or for post-conviction relief with respect to his prior conviction in the United States District Court of Massachusetts. The Court GRANTS respondent's motion to dismiss for lack of any plausible showing that petitioner was "in custody" for his Massachusetts conviction at the time that he filed this action and otherwise substantially for the reasons set forth by respondent in its motion. Nor does petitioner identify any grounds to conclude that a federal district court in Connecticut has authority to invalidate a conviction that has entered in a federal district court in Massachusetts. Because petitioner has not made a substantial showing of the denial of a constitutional right, no certificate of appealability shall enter. See 28 U.S.C. § 2253(c)(2). The Clerk of Court shall close this case. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 8/4/22. (Barry, Donna) (Entered: 08/06/2022) |

| 08/06/2022 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Barry, Donna) (Entered: 08/06/2022) |
|---|---|---|
| 08/12/2022 | [15](#) | NOTICE OF APPEAL as to 14 Order on Motion to Dismiss/Lack of Jurisdiction,,,, by Daniel E. Carpenter. (Carr, Dave) (Entered: 08/15/2022) |